**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00666-CR

**JAMES MATTHEW SIMMONS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F10-41217-Y**

## ORDER

The Court **REINSTATES** the appeal.

On January 22, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On February 12, 2013, we received appellant's brief, together with an extension motion. Therefore, we conclude findings are no longer necessary and we **VACATE** the January 22, 2013 order requiring findings.

We **GRANT** the February 12, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
           JUSTICE